JOSEPH WALENDZUK, Respondent, v DOROTHY PALAIMO, Appellant, et al., Defendant. (Four Motions.)—Defendant Palaimo's motion to reargue and for other relief are denied; the motion made on behalf of Deer Run Properties of New York, Inc. to intervene is denied as unnecessary. Memorandum: The appeal was abandoned and dismissed on March 1, 1992 *(see,* 178 AD2d 1028). Present—Callahan, J. P., Boomer, Green, Davis and Doerr, JJ.

In the Matter of JOSEPH RODRIGUEZ, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents.—Motion to vacate abandonment of appeal denied. Memorandum: Because assigned counsel has shown that the appeal from the judgment in this CPLR article 78 proceeding is moot, the motion to vacate the recent abandonment is denied. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

In the Matter of OSCAR PRESTON, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents.—Motion to vacate abandonment of appeal denied. Same Memorandum as in *Matter of Rodriguez v Russi* (186 AD2d 1094 [decided herewith]). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF ROCHESTER, Respondent, v CAROL A. NIZNIK, Formerly Known as CAROL A. WALTER, Appellant.—Motion for reargument denied. Memorandum: Defendant's remedy once a judgment of foreclosure is entered is under CPLR 5519 (a) (6). Present—Boomer, J. P., Green, Balio, Fallon and Doerr, JJ.

In the Matter of MARY B.—Motion insofar as it requests an extension of time granted to December 7, 1992 and otherwise denied without prejudice to the submission of a motion for summary reversal and a new trial upon a showing that there are no alternative means available to reconstruct a record for review *(see, Matter of Christian v Carty,* 122 AD2d 622). Present—Denman, P. J., Callahan, Boomer, Pine and Doerr, JJ.